UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE ISRAEL ROCHIN-SOTO (6),<br><br>    Defendant. | Case No. 08CR3370-LAB<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL OF ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case against Jose Israel Rochin-Soto be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: July 7, 2017

_____
HONORABLE LARRY ALAN BURNS
United States District Judge